IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| SARAH A. JAMES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BARBARA ANN KELLY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 8:25-cv-01495-MJM |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
NOTICE PURSUANT TO STANDING ORDER 2021-13**

Defendant Gregory B. Myers, through counsel and pursuant to Fed. R. Civ. P. 6(b)(1)(B), respectfully requests the Court's leave to file his notice in response to Standing Order 2021-13 out of time. The notice is being filed concurrently with this motion.

Mr. Myers, acting *pro se*, removed this action to this Court from the Circuit Court for Montgomery County, Maryland, on May 8, 2025. At the time, Mr. Myers was involved in several cases in other courts relating to recent bankruptcies of himself and Co-Defendant Barbara Ann Kelly, Mr. Myers's wife.

Undersigned counsel was only recently engaged on September 12, 2025. Undersigned counsel now seeks the Court's leave to file the notice required by Standing Order 2021-13, which was due on May 22, 2025.

Date: September 18, 2025

Respectfully submitted,

*/s/ Brian P. Donnelly*
Brian P. Donnelly (#19218)
Werther & Mills, LLC
2000 Tower Oaks Blvd., Ste. 200
Rockville, MD 20852
(240) 912-3034 Tel
(240) 912-3031 Fax
bdonnelly@werthermills.com

*Counsel for Gregory B. Myers*

Date: September 18, 2025

Respectfully submitted,

*/s/ Brian P. Donnelly*
Brian P. Donnelly (#19218)
Werther & Mills, LLC
2000 Tower Oaks Blvd., Ste. 200
Rockville, MD 20852
(240) 912-3034 Tel
(240) 912-3031 Fax
bdonnelly@werthermills.com

*Counsel for Gregory B. Myers*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2025, a copy of the foregoing Motion for Leave to File Notice Pursuant to Standing Order 2021-13 was filed via the Court's CM/ECF electronic filing system, which will serve all counsel of record.

*/s/ Brian P. Donnelly*
Brian P. Donnelly