

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

May 11, 2026

Clerk's Office
Montgomery County Circuit Court
50 Maryland Avenue
Rockville, MD  20850

     RE:    James et al v. Kelly et al
            USDC Civil Action No. 8:25-cv-01495-MJM
            Circuit Court Case no. 394829V

Dear Clerk:

On May 11, 2026, the Honorable Matthew J. Maddox signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Catherine M. Stavlas, Clerk

By:      Denise Skinner
          Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 2026.

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**