

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

FILED                ENTERED
LOGGED               RECEIVED

MAY 2 6 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND        DEPUTY

BY

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

---

May 11, 2026

Clerk's Office
Montgomery County Circuit Court
50 Maryland Avenue
Rockville, MD  20850

**RECEIVED**

MAY 1 9 2026

Clerk of the Circuit Court
Montgomery County, Md.

RE:    James et al v. Kelly et al
       USDC Civil Action No. 8:25-cv-01495-MJM
       Circuit Court Case no. 394829V

Dear Clerk:

On May 11, 2026, the Honorable Matthew J. Maddox signed an order remanding the above-entitled case to your Court. Enclosed is a certified copy of the order, together with a certified copy of the docket entries. We have discontinued our previous practice of sending the state court original papers which were filed in this Court. Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Catherine M. Stavlas, Clerk

By:    _____Denise Skinner_____
       Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS _____ DAY OF _____ 2026.

Remand Letter to Court (Rev. 9/4/2001)

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**