Karen A. Bushell
CLERK OF THE CIRCUIT COURT FOR MONTGOMERY COUNTY
50 MARYLAND AVENUE
ROCKVILLE, MARYLAND 20850-2393

INSPECTED BY

MAY 2 6 2026

~~~~ SECURITY OFFICE~~

United States District Court

District Of Maryland

Southern Division

200 U.S. Courthouse

6500 Cherrywood Lane

Greenbelt, MD 20770

ENTERED
GED
RECEIVED

26 2026

GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

CV

2077087203 C012