## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SARAH A. JAMES,

    Plaintiff,

v.

BARBARA ANN KELLY, *et al.*

    Defendants.

_____/

USDC - GREENBELT
'26 MAY 29 PM3:43

Case No.: 8:25-cv-01495-MJM

### NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Gregory Brian Myers hereby appeals to the United States Court of Appeals for the Fourth Circuit from the **ORDER** (Document 14) entered by the Clerk of this Court on May 11, 2026, a copy of which is attached hereto as **Exhibit A**.

Dated: May 29, 2026

                Respectfully submitted,

                _____

                Gregory B. Myers, pro se
                700 Gulf Shore Blvd. N.
                Naples, Florida 34102
                (301) 325-2312
                *gregbmyers@verizon.net*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 29, 2026, I caused the foregoing NOTICE OF APPEAL to be filed with the Clerk of Court thereby serving all registered users in this case, and that a copy of the foregoing NOTICE OF APPEAL was furnished via first class U.S. Mail, postage prepaid to the following parties:

Daniel A. Glass, Esq.
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW, 12th Floor
Washington, DC 20006

Brian P. Donnelly, Esq.
Werther & Mills, LLC
2000 Tower Oaks Blvd., Ste. 200
Rockville, MD 20852

Barbara Ann Kelly
700 Gulf Shore Blvd. N.
Naples, Florida 34102

_____
Gregory B. Myers, *pro se*