# U.S. District Court

## Maryland - Greenbelt

Receipt Date: May 29, 2026 3:42PM

Gregory Myers

Rcpt. No: 3811                Trans. Date: May 29, 2026 3:42PM                Cashier ID: #JH (6536)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | Amt |
|----|--------|-----|
| CC | Credit Card | $605.00 |
| | Total Due Prior to Payment: | $605.00 |
| | Total Tendered: | $605.00 |
| | Total Cash Received: | $0.00 |

Comments: 25-cv-1495

A $53 fee will be charged for NSF checks. Criminal Debt Payments can be made on-line at
https://www.pay.gov/public/form/start/741690530. Payment must be made by money order, check, or debit card only. For questions call
410-962-2613.