## APPEAL TRANSMITTAL SHEET (non-death penalty)

| Transmittal to 4CCA of notice of appeal filed: 05/29/26 | District: | District Case No.: |
|---|---|---|
| ✔ First NOA in Case | Maryland | 8:25-cv-01495-MJM |
| ___ Subsequent NOA-same party | **Division:** | **4CCA No(s). for any prior NOA:** |
| ___ Subsequent NOA-new party | Southern | |
| ___ Subsequent NOA-cross appeal | **Caption:** | **4CCA Case Manager:** |
| ___ Paper ROA ___ Paper Supp. | Sarah A. James, et al | |
| Vols: _____ | v. | |
| Other: . | Gregory Brian Myers, et al. | |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| **Confinement**-Criminal Case: | **Fee Status:** |
|---|---|
| ___ Death row-use DP Transmittal | ___ No fee required (USA appeal)   ✓ Appeal fees paid in full   ___ Fee not paid |
| ___ Recalcitrant witness | **Criminal Cases:** |
| ___ In custody | ___ District court granted & did not revoke CJA status (continues on appeal) |
| ___ On bond | ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) |
| ___ On probation | ___ District court never granted CJA status (must pay fee or apply to 4CCA) |
| **Defendant Address**-Criminal Case: | **Civil, Habeas & 2255 Cases:** |
| | ___ Court granted & did not revoke IFP status (continues on appeal) |
| | ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) |
| | ___ Court never granted IFP status (must pay fee or apply to 4CCA) |
| **District Judge:** | **PLRA Cases:** |
| Judge Matthew J. Maddox | ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) |
| | ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **Court Reporter** (list all): | **Sealed Status** (check all that apply): |
| | ___ Portions of record under seal |
| | ___ Entire record under seal |
| | ___ Party names under seal |
| **Coordinator:** | ___ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable): | **Record Status for Counseled Appeals** (check any applicable): |
|---|---|
| ✓ Assembled electronic record available upon request | ___ Assembled electronic record available upon request |
| ___ Additional sealed record available upon request | ___ Additional sealed record available upon request |
| ___ Paper record or supplement available upon request | ___ Paper record or supplement available upon request |
| ✓ No in-court hearings held | ___ No in-court hearings held |
| ___ In-court hearings held – all transcript on file | ___ In-court hearings held – all transcript on file |
| ___ In-court hearings held – all transcript not on file | ___ In-court hearings held – all transcript not on file |
| ___ Other: | ___ Other: |

Deputy Clerk: Stephanie Savoy          Phone: 410-962-3928          Date: 05/29/26

10/2022