FILED:  June 1, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1688
(8:25-cv-01495-MJM)

_____

SARAH A. JAMES; R. KIP STONE; JORDY B. HIRSCHFELD; CHRISTINE
D. BROWN; WILLIAM M. SAVAGE; GREGORY N. BRITTO; LILA Z.
STITELY; CARRIE M. WARD; RICHARD R. GOLDSMITH, JR.; JOSHUA
COLEMAN; PRATIMA LELE; JACOB GEESING; HOWARD N. BEIRMAN;
WAYNE ANTHONY HOLMAN; ANGELA M. DAWKINS; ANDREW J.
BRENNER; NICHOLAS DERDOCK; ELIZABETH C. JONES; PHILIP
SHRIVER; CHRISTOPHER ROBERT SELIG; MICHAEL LEEB; MEGH
MILAN MITTRA; MARK H. WITTSTADT; GERARD WM WITTSTADT, JR.

          Plaintiffs - Appellees

v.

GREGORY B. MYERS

          Defendant - Appellant

 and

BARBARA ANN KELLY

          Defendant

_____

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:25-cv-01495-MJM |

| Date notice of appeal filed in originating court: | 05/29/2026 |
|---|---|
| Appellant(s) | Gregory Brian Myers |
| Appellate Case Number | 26-1688 |
| Case Manager | R. Phillips<br>804-916-2702 |